UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80057-CR-MARRA

UNITED STATES OF AMERICA

vs.

MICHAEL A. SAMUDA,

_____/

FILED by _____ D.C.
FEB 1 6 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – W.P.B.

## VERDICT

We, the jury in the above-entitled action, unanimously find as follows:

As to defendant MICHAEL A. SAMUDA:

**Count 1** of the Indictment (conspiracy to commit wire fraud):

_____          _____
Not Guilty           Guilty

**Count 2** of the Indictment (wire fraud – May 1, 2006 wire related to first mortgage on 10475 Trianon Place, Wellington, Florida):

___✓_____          _____
Not Guilty           Guilty

**Count 3** of the Indictment (wire fraud – May 1, 2006 wire related to second mortgage on 10475 Trianon Place, Wellington, Florida):

___✓_____          _____
Not Guilty           Guilty

**Count 4** of the Indictment (wire fraud – May 8, 2006 wire related to first mortgage on 10460 Trianon Place, Wellington, Florida):

__✓__  _____
Not Guilty    Guilty

**Count 5** of the Indictment (wire fraud – May 8, 2006 wire related to second mortgage on 10460 Trianon Place, Wellington, Florida):

__✓__  _____
Not Guilty    Guilty

**Count 6** of the Indictment (wire fraud – July 20, 2006 wire related to first mortgage on 3483 Collonade Drive, Wellington, Florida):

_____  _____
Not Guilty    Guilty

**Count 7** of the Indictment (wire fraud – July 20, 2006 wire related to second mortgage on 3483 Collonade Drive, Wellington, Florida):

_____  _____
Not Guilty    Guilty


So say we all, this 16 day of February, 2012.

ins